## Kersey Manufacturing Co., Appellant, *v.* Rozic.

Argued April 14, 1965. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ. (FLOOD, J., absent).

*William C. Robinson,* with him *Henninger & Robinson,* for appellant.

*Harry K. McNamee,* with him *Marshall, Marshall, McNamee & MacFarlane,* for appellee.

OPINION PER CURIAM, June 17, 1965:

The appeal is premature since no judgment was entered in the Court below, and for this reason the appeal must be quashed.

The record is remanded to the Court of Common Pleas of Butler County without prejudice to the right to enter judgment on the verdict.

Appeal quashed and record remanded.

WRIGHT, J., would remand for the entry of judgment and would affirm the judgment as so entered.